IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 MAY -4 P 4 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| QBE INSURANCE CORPORATION, )<br>    As subrogee of Teague Properties, )<br>                        )<br>    Plaintiff, )<br>                        )<br>v.                      )   Civil Action No.: 3:07CV393-mef<br>                        )<br>THE ROOFING COMPANY, a  )<br>Corporation; MICHAEL FULGHUM, )<br>An individual; Fictitious Defendants A-Z )<br>Whose name and identity are unknown, )<br>Include those individuals, corporations, )<br>and entities that were involved in the )<br>negligent and/or wanton construction )<br>of the roof which is the subject of the )<br>this litigation, )<br>                        )<br>    Defendants. )  | |

## COMPLAINT

Plaintiff QBE Insurance Corporation ("QBE"), as subrogee for Teague Properties files this Complaint in the above styled cause of action as follows:

**A.    PARTIES, VENUE, AND JURISDICTION**

1.    Plaintiff QBE is a Delaware business corporation with its principal place of business located in the State of New York.

2.    Defendant The Roofing Company is an Alabama corporation with its principal place of business in Lanett, Alabama.

3.    Defendant Michael Fulghum is an individual resident of Lanett, Alabama.

4.    Fictitious Defendants A-Z includes those individuals, corporations, and/or entities, whose names are unknown or could not be ascertained by the Plaintiff, but involved in the causing of the incident and damages referred to herein, or were otherwise

negligent in causing the damages described or responsible for said damages and/or were responsible for the installation, design and/or construction of the roof as more fully described herein.

5.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332 as:

(a)    There is complete diversity of citizenship of QBE and the Defendants;

(b)    The amount in controversy (exclusive of interest and costs) exceeds $75,000.00; and

(c)    Venue is proper pursuant to 28 U.S.C. §1391.

**B.    FACTS**

6.    QBE issued a Commercial Package Insurance Policy, with a Special Perils Policy (policy no. ANM22976-1) (the "Policy"), to Teague Properties. (See QBE's CPP Policy, attached hereto as Exhibit "A").

7.    Under the Policy, QBE insured certain real estate owned and operated by Teague Properties, specifically, the Policy provided $300,000 in property damage coverage and $200,000 in contents coverage on a one story, brick building situated at 545 3rd Avenue West Point, Georgia.

8.    In August of 2006, Defendants The Roofing Company and Michael Fulghum and fictious Defendants began installing a roof on the subject property. Prior to completion, on or about August 9, 2006, it rained in West Point, Georgia. The Defendants, during the installation process, left stacks of unused roofing and pieces of debris on the roof and did not properly secure roofing material from the roof retrofitting.

The Defendants failure to properly secure roofing materials, debris and unused roof caused a collection of the loose materials to collect at the only roof drain apparatus, the thru-the-wall scupper, by rain water flowing across the roof. The opening between the roof and the main drain on the other side of the firewall became clogged, causing water to back up on the roof, and the roof collapsed. A large section of the roof collapsed, including the overhead beams and rafters. When the roof collapsed, water flooded the floor below and also caused a main line to the sprinkler system to break. This caused water to flood the entire floor of the warehouse. The flooring was severely damaged. The roof structure required rebuilding, the roof had to be replaced, and the flooring had to be replaced. The sprinkler system required extensive repairs and the electrical system was rewired.

9. QBE paid its insured, Teague Properties, a total of $198,325.75 for damages as a result of the Defendants' negligent installation of the roof and failure to properly secure roof, debris and portions of the roof. The damages were comprised of $135,000 for building damage and $63,325.75 on the building personal property.

## COUNT ONE – NEGLIGENCE

10. The Plaintiff reasserts all preceding paragraphs of this Complaint as if fully set forth herein.

11. The Defendants, its employees, agents and/or representatives had a duty to Teague Properties, the owner of the building, to use all due care in the installation process of the roof, to properly secure all roof materials and debris, to use all due care to install the roof in a workmanlike manner and to ensure that it was installed in a manner so that it would not fail and cause damages to the roof, property located inside, and other

3

consequential damages.

12. The Defendants breached the standard of care when they failed to properly install the roof on the building and to properly secure any loose items on the roof during the installation process.

13. Due to the negligence of the Defendants, their failure to secure loose materials and to properly install the roof, the opening between the roof and the main drain on the other side of the firewall became clogged, causing water to back up on the roof, and the roof collapsed.

14. The negligence of the Defendants as described herein proximately and factually caused the damages for which QBE now seeks relief.

## COUNT TWO – BREACH OF CONTRACT

15. Plaintiff asserts all preceding paragraphs of this Complaint as if fully set forth herein.

16. Defendants entered into a contract with Teague Properties whereby they agreed to perform the installation of the roof. Implied in the contract, is the obligation to perform the installation of the roof in a workmanlike manner and to properly secure all roof materials and debris during the installation process in compliance with industry standards, building codes and applicable laws.

17. QBE is a third party beneficiary of the contract between Teague Properties and the Defendants.

18. Defendants breached the above referenced contract by failing to secure loose roofing materials and debris during the installation process, by failing to install the roof in a workmanlike manner, failure to install in compliance with industry standards,

building codes and/or applicable laws.

19. The Defendants breach of the aforementioned contract factually and proximately caused the damages for which QBE now seeks relief.

**COUNT THREE – NEGLIGENT HIRING, RETENTION AND TRAINING**

20. Plaintiff reasserts all preceding paragraphs of this Complaint as if fully set forth herein.

21. Defendant The Roofing Company had a duty to Teague Properties to use all due care to hire, retain and adequately train those responsible for installing the roof to ensure that those they hired were knowledgeable and qualified to perform the installation.

22. Defendant The Roofing Company breached the standard of care when they failed to hire, retain or train those who installed the roof and failed to secure debris and/or other roofing materials and failed to ensure that the roof installers were knowledgeable and qualified to perform the installation.

23. Defendant The Roofing Company's negligent hiring, retention and training of the roof installers as described above proximately and factually caused or contributed to the cause of the damages for which QBE now seeks relief.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, QBE demands judgment against the named Defendants and the above referenced fictitious defendants for compensatory damages of $198,325.75, interest, costs, attorneys fees, expenses, and all other relief that this Court deems just and proper.

Respectfully submitted,

_____
Thomas T. Gallion, III
Jamie A. Johnston
Attorneys for Plaintiff QBE Insurance Corporation

OF COUNSEL:

HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573     Telephone
(334) 264-7945     Facsimile


**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL AT THE FOLLOWING ADDRESSES:**

**THE ROOFING COMPANY**
**4560 46th Street SW**
**Lanett, Alabama 36863-3756**

**MICHAEL FULGHUM**
**4560 46th Street SW**
**Lanett, Alabama 36863-3756**

#24228
63008-054