**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 9, 2007

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

To:   QBE Insurance Corporation

From:   Clerk's Office

Case Style:  QBE Insurance Corporation v. The Roofing Company, et al.
Case Number:   3:07-cv-393-MEF

**Docket Entry #1 - Complaint**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Civil Misc. No 00-3047

**ORDER**

**CONFLICT DISCLOSURE STATEMENT**

In compliance with Fed. R. App. P. 26.1, Fed. R. Bankr. P. 1007(a)(1) and 7007.1, Fed R. Civ. P. 7.1, and Fed. R. Crim. P. 12.4, which require the judges to avoid conflicts of interest with unnamed corporations, partnerships, joint ventures, and other non-individual and non-governmental entities which may be related to parties to actions in this court, it is hereby ORDERED that this court's order (Doc. #1), entered January 14, 2000 is hereby VACATED. It is further ORDERED as follows:

   1. All corporate, partnership, joint venture, and other non-individual and non-governmental parties shall file a statement identifying all parent companies, subsidiaries, affiliates, partnerships, or similar entities that could potentially pose a financial or professional conflict for a judge. The statement shall be filed with a party's first appearance. This requirement does not apply to governmental or individual parties.

   2. In addition to this requirement which applies to all cases, including bankruptcy appeals, all bankruptcy appeals shall be accompanied by a statement identifying the debtor, the members of creditors' committee, any entity which is an active participant in the proceedings, and other entities whose stock or equity value may be substantially affected by the outcome of the proceedings.

   3. If no entities are reportable under paragraphs #1 or #2 of this order, each party is required to file a statement to that effect contemporaneously with the party's first appearance.

4. It is the responsibility of the applicable party to a case to file a supplemental disclosure statement if, during the pendency of the case, additional reportable entities develop that would have been reportable initially.

5. This rule shall become effective on __MARCH__ __1__, 2007, and shall apply to all cases pending in this court after that date.

DONE this __16th__ day of __February__, 2007

_____
CHIEF UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE

**\*\*SAMPLE NOTICE FORMAT\*\***

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| _____, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CASE NO. _____ |
| _____, | ) |
| Defendants, | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ There are no entities to be reported.

- or -

The following entities are hereby reported:
_____
_____
_____

Date _____

Signature _____
Counsel

_____
Counsel for (print names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

\*\*\*Certificate of Service Required