**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **QBE INSURANCE CORPORATION,** )<br>    **As subrogee of Teague Properties,** )<br>    )<br>    **Plaintiff,** )<br>    )<br>**v.** )<br>    )<br>**THE ROOFING COMPANY, a** )<br>**Corporation; MICHAEL FULGHUM,** )<br>**An individual; Fictitious Defendants A-Z** )<br>**Whose name and identity are unknown,** )<br>**Include those individuals, corporations,** )<br>**and entities that were involved in the** )<br>**negligent and/or wanton construction** )<br>**of the roof which is the subject of the** )<br>**this litigation,** )<br>    )<br>    **Defendants.** ) | **CIVIL ACTION NO.: 3:07-cv-393** |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    There are no entities to be reported.

- or -

The following entities are hereby reported:

QBE Insurance Group Limited (Sydney, Australia); QBE Reinsurance Corporation (Pennsylvania); QBE Specialty Insurance Company (Pennsylvania); QBE Insurance Corporation (Pennsylvania)

<u>May 9, 2007</u>             s/ Jamie A. Johnston
Date             _____
           Counsel for QBE Insurance Corporation

           Haskell Slaughter Young & Gallion, LLC
           P.O. Box 4660
           Montgomery, Alabama  36103-4660
           (334) 265-8573     Telephone Number


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been filed using the CM/ECF system and has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this the 9th day of May 2007.

The Roofing Company          Michael Fulghum
4560 46th Street SW           4560 46th Street SW
Lanett, Alabama 36863-3756     Lanett, Alabama 36863-3756


           s/ Jamie A. Johnston
           _____
           OF COUNSEL

#25728
63008-054