IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, )<br>    As subrogee of Teague Properties, )<br>    )<br>**Plaintiff,** )<br>    )<br>v. )<br>    )<br>**THE ROOFING COMPANY**, a )<br>Corporation; **MICHAEL FULGHUM**, )<br>An individual; Fictitious Defendants A-Z )<br>Whose name and identity are unknown, )<br>Include those individuals, corporations, )<br>and entities that were involved in the )<br>negligent and/or wanton construction )<br>of the roof which is the subject of the )<br>this litigation, )<br>    )<br>**Defendants.** ) | CIVIL ACTION NO.: 3:07-cv-393 |

## MOTION FOR DEFAULT JUDGMENT

**COMES NOW** the Plaintiff, QBE Insurance Corporation and moves this Court to enter a default judgment against The Roofing Company and Michael Fulghum and in support thereof, shows unto this Court as follows:

1. Defendants were duly served with a copy of the Summons, together with a copy of the Plaintiff's Complaint on May 10, 2006.

2. More than twenty (20) days have elapsed since the date on which Defendants were served with the Summons and the copy of the Complaint.

3. The Defendants have failed to answer or otherwise defend as to Plaintiff's Complaint nor have they served a copy of any answer or other defense they might have upon the undersigned attorney of record for the Plaintiff.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED,** QBE Insurance Corporation prays that this Honorable Court enter a default judgment pursuant to Rule 55 of the *Federal Rules of Civil Procedure* in the amount of $198,325.75 as verified by the attached affidavit.

Respectfully submitted,

/s/ Jamie A. Johnston

---
Thomas T. Gallion, III
Jamie A. Johnston
Attorneys for Plaintiff QBE Insurance Corporation

OF COUNSEL:

HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573    Telephone
(334) 264-7945    Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the following by causing and a true and complete copy of same to be deposited in the United States Mail, sufficient certified mail, first class postage prepaid, on this the 7th day of June, 2007, addressed as follows:

The Roofing Company
4560 46th Street SW
Lanett, Alabama 36863-3756

Michael Fulghum
4560 46th Street SW
Lanett, Alabama 36863-3756

/s/ Jamie A. Johnston

---
OF COUNSEL

#26304
63008-054

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, )<br>    As subrogee of Teague Properties, )<br>         )<br>    Plaintiff, )<br>         )<br>v. )<br>         )<br>THE ROOFING COMPANY, a )<br>Corporation; MICHAEL FULGHUM, )<br>An individual; Fictitious Defendants A-Z )<br>Whose name and identity are unknown, )<br>Include those individuals, corporations, )<br>and entities that were involved in the )<br>negligent and/or wanton construction )<br>of the roof which is the subject of the )<br>this litigation, )<br>         )<br>    Defendants. ) | CIVIL ACTION NO.: 3:07-cv-393 |

## AFFIDAVIT OF FRED GOUGE

1. I am an adult resident citizen of Troy, Alabama.

2. I am employed by Anchor Managing General Agency, Inc., the third party administrator for QBE Insurance Corporation ("QBE").

3. QBE issued a Commercial Package Insurance Policy, with a Special Perils Policy bearing policy number ANM22976-1 to Teague Properties.

4. Under the Policy, QBE insured certain real estate owned and operated by Teague Properties. Specifically, the Policy provided $300,000 in property damage coverage and $200,000 in contents coverage on a one story, brick building situated at 545 3rd Avenue West Point, Georgia.

5. QBE paid Teague Properties a total of $198,325.75 for damages to the 545 3rd Avenue West Point, Georgia location. The damages were comprised of $135,000 for

building damage and $63,325.75 on the building personal property.

Further, the affiant saith not.

_____
**FRED GOUGE**

STATE OF ALABAMA        )
COUNTY OF MONTGOMERY    )

I, *Chester Hix*, a Notary Public in and for said County, in said State, hereby certify that Fred Gouge, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this date that, being informed of the contents of the above and foregoing Affidavit, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this __7__ day of June, 2007.

[NOTARIAL SEAL]

_____
Notary Public
My Commission Expires:_____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 14, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS

#26306
63008-054

2