IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, as subrogee of Teague Properties,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE ROOFING COMANY, a corporation, MICHAEL FULGHUM, an individual, et al,<br><br>    Defendants. | CIVIL ACTION NO. 3:07-cv-393-MEF<br><br>JURY DEMAND |

## ANSWER

Come now the defendants, **THE ROOFING COMPANY, a corporation,** and **MICHAEL FULGHUM, an individual**, separately and severally, and for answer to the complaint of the plaintiff aver:

### FIRST DEFENSE

Defendant is without sufficient knowledge or information to admit or deny the averments of paragraphs 6 and 7 of the complaint of the plaintiff.

### SECOND DEFENSE

Defendant denies the averments of paragraph 8 of the complaint of the plaintiff.

### THIRD DEFENSE

Defendant is without sufficient knowledge or information to admit or deny the averments of paragraph 9 of the complaint of the plaintiff.

## FOURTH DEFENSE

Defendant denies the averments of paragraph 11, 12, 13 and 14 of the complaint of the plaintiff.

## FIFTH DEFENSE

Defendant denies that the plaintiff suffered any injury or damage as a proximate consequence of alleged negligence on the part of the defendant.

## SIXTH DEFENSE

Defendant denies the averments of paragraph 16, 17, 18 and 19 of the complaint of the plaintiff.

## SEVENTH DEFENSE

Defendant denies that the plaintiff suffered any injury or damage as a proximate consequence of alleged breach of contract on the part of the defendant.

## EIGHTH DEFENSE

Defendant denies the averments of paragraphs 21, 22 and 23 of the complaint of the plaintiff.

## NINTH DEFENSE

Defendant denies that the plaintiffs suffered any injury or damage as a proximate consequence of alleged negligent hiring, retention and training on the part of the defendant.

## TENTH DEFENSE

Defendant pleads as an affirmative defense contributory negligence on the part of Teague Properties.

## ELEVENTH DEFENSE

Defendant pleads the general issue.

**TWELFTH DEFENSE**

Defendant pleads refusal on the part of the plaintiff and/or Teague Properties to mitigate damages.

      \s\ Robert E. Parsons
      Robert E. Parsons, Attorney for
      The Roofing Company and Michael Fulghum

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

Defendant demands trial by a jury.

      \s\ Robert E. Parsons
      Robert E. Parsons

CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of June, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronically filing same through the CM/ECF system which will send notification of such filing to the following:

Ms. Jamie Austin Johnston
Haskell, Slaughter, Young & Gallion, LLC
P. O. Box 4660
Montgomery, AL 36103-4660

      \s\ Robert E. Parsons
      OF COUNSEL