IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

QBE Insurance Corp.,

Plaintiff,

v.

The Roofing Company, et al,

Defendants,

CASE NO. 3:07-cv-393

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW The Roofing Company, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/27/2007
Date

/s/ Robert E. Parsons
(Signature)

Robert E. Parsons
(Counsel's Name)

The Roofing Company and Michael Fulghum
Counsel for (print names of all parties)

P. O. Box 530630
Birmingham, AL 35253-0630
Address, City, State Zip Code

205-326-6600
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Robert E. Parsons_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 27th____ day of June_____ 20 07, to:

Ms. Jamie Austin Johnston

Haskell, Slaughter, Young & Gallion, LLC

P. O. Box 4660

Montgomery, AL  36103-4660


6/27/2007                                                                  /s/ Robert E. Parsons
_____                                        _____
        Date                                                                      Signature