IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

QBE INSURANCE CORPORATION        )
_____, )
                                 )
       Plaintiff,                )
                                 )
v.                               )   CASE NO. 3:07-CV-393
                                 )
THE ROOFING COMPANY, ET AL       )
_____, )
                                 )
       Defendants,               )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Michael Fulghum_, a _Defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

6/28/2007
Date

/s/ Robert E. Parsons
(Signature)

Robert E. Parsons
(Counsel's Name)

Michael Fulghum
Counsel for (print names of all parties)

P. O. Box 530630
Birmingham, AL 35253-0630
Address, City, State Zip Code

205-326-6600
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Robert E. Parsons, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 28th day of June 20 07, to:

Ms. Jamie Austin Johnston

Haskell, Slaughter, Young & Gallion, LLC

P. O. Box 4660

Montgomery, AL  36103-4660


6/28/2007                                   /s/ Robert E. Parsons
  Date                                         Signature