**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

June 29, 2007

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

**Case Style:   QBE Insurance Corporation v. The Roofing Company, et al.**

**Case Number:    3:07-cv-393-MEF**

**Docket Entry Number:    10 - Corporate/Conflict Disclosure Statement**

**The above referenced pleading was filed by counsel on 6/28/2007 with an unsigned pdf document attached.  Upon realizing his error, counsel re-filed a copy of Corporate/Conflict Disclosure Statement which was filed in and signed.**

**Therefore pleading #10 is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**