**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **QBE INSURANCE CORPORATION,** )<br>    as subrogee of Teague Properties, )<br> )<br>    **Plaintiff,** )<br> )<br>v. )<br> )<br>**THE ROOFING COMPANY,** a )<br>Corporation; **MICHAEL FULGHUM,** )<br>An individual; Fictitious Defendants A-Z )<br>Whose name and identity are unknown, )<br>Include those individuals, corporations, )<br>and entities that were involved in the )<br>negligent and/or wanton construction )<br>of the roof which is the subject of the )<br>this litigation, )<br> )<br>    **Defendants.** ) | **CIVIL ACTION NO.: 3:07-cv-393** |

## **NOTICE OF APPEARANCE**

COMES NOW Felicia A. Long of the law firm of Haskell Slaughter Young & Gallion, LLC and files this Notice of Appearance as co-counsel for Plaintiff QBE Insurance Corporation in the above-styled cause of action.

Respectfully submitted,

/s/ Felicia A. Long
One of the Attorneys for the Plaintiff

OF COUNSEL:

Thomas T. Gallion, III
Jamie A. Johnston
HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama  36103-4660
(334) 265-8573    Telephone
(334) 264-7945    Facsimile
mp@hsy.com
jj@hsy.com
fal@hsy.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Robert E. Parsons
Parsons, Lee & Juliano, P.C.
300 Protective Center
2801 Highway 280 South
Post Office Box 530630 (35253-0630)
Birmingham, Alabama 35223-2480

                                                  /s/ Felicia A. Long
                                                  OF COUNSEL

#29216
63008-054