**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| QBE INSURANCE CORPORATION, )<br>as subrogee of Teague Properties, )<br>   )<br>   **Plaintiff,** )<br>   )<br>v.   )<br>   )<br>THE ROOFING COMPANY, a )<br>Corporation; MICHAEL FULGHUM, )<br>an individual; et al., )<br>   )<br>   **Defendants.** ) | Civil Action No.: 3:07-cv-393-MEF |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

      Pursuant to this Court's August 8, 2007 Uniform Scheduling Order (doc no. 16), Plaintiff QBE Insurance Corporation, as subrogee of Teague Properties, informs this Honorable Court that the parties were unable to settle the above-captioned matter on or prior to January 4, 2008. However, settlement discussions are ongoing. Mediation may assist the parties in resolving the case short of trial.

                                        Respectfully submitted,

                                        /s/ Felicia A. Long
                                        FELICIA A. LONG (ASB-5532-F61L)
                                        One of the Attorneys for the Plaintiff

OF COUNSEL:

Thomas T. Gallion, III, Esq.
Jamie A. Johnston, Esq.
HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama  36103-4660
(334) 265-8573      Telephone
(334) 264-7945      Facsimile
mp@hsy.com
jj@hsy.com
fal@hsy.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Robert E. Parsons, Esq.
Parsons, Lee & Juliano, P.C.
300 Protective Center
2801 Highway 280 South
Post Office Box 530630 (35253-0630)
Birmingham, Alabama 35223-2480

                                                /s/ Felicia A. Long
                                                OF COUNSEL

#30223
63008-054