IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| QBE INSURANCE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-393-MEF |
| | ) | |
| THE ROOFING COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This cause is before the Court on Plaintiff's Motion for Leave to Amend Plaintiff's Expert Disclosure (Doc. # 22), filed February 19, 2008, and Defendant's Motion for Protective Order (Doc. # 23), filed February 19, 2008. Plaintiff seeks leave to include Jeffrey A. Tarbutton as an identified expert. Defendants oppose Plaintiff's motion on the grounds that Plaintiff's request is untimely. Defendants also seek a ruling from this Court that Plaintiff will not be permitted to call Tarbutton as an expert.

This Court established a deadline for the Plaintiff to designate its expert witnesses of December 14, 2007. Plaintiff did not provide notice to Defendants of its intention to identify Tarbutton as an expert until February 14, 2008. None of the reasons articulated in Plaintiff's motion are sufficient grounds for this Court to extend that deadline for this witness.

For the reasons stated above, it is hereby ORDERED that

(1) Plaintiff's Motion for Leave to Amend Plaintiff's Expert Disclosure (Doc. # 22) is DENIED.

(2) Defendant's Motion for Protective Order is GRANTED. Plaintiff may not call Tarbutton at trial as an expert witness due to its failure to timely identify him as an expert.

DONE this 21st day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE