IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE ROOFING COMPANY, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 3:07-cv-393-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion for a Protective Order, or in the Alternative, Motion to Reconsider Order (Doc. #25) filed on February 22, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before February 29, 2008 as to why this motion should not be granted.

DONE this the 25th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE