IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, as subrogee of Teague Properties,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE ROOFING COMPANY, a corporation, MICHAEL FULGHUM, an individual, et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:07-cv-393-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO CONTINUE PRETRIAL HEARING
## AND TO EXTEND DISCOVERY DEADLINES

Come now the plaintiff and defendants, through their respective counsel of record, and move the Court to continue the pretrial hearing from March 14, 2008, until sometime the week beginning March 31, 2008, and to extend discovery cut off until March 28, 2008, and as grounds therefor show the following:

1. The parties recently have made progress in reaching a settlement.

2, The depositions of the experts for the defendants are scheduled the afternoon of March 11, 2008, and the parties are desirous of avoiding the expense of these depositions, especially the charges made by the experts for their respective depositions.

3. If the parties cannot soon reach a settlement of the case, they have under consideration mediation.

                                                s/ Jamie A. Johnston
                                                Jamie A. Johnston
                                                One of the Attorneys for Plaintiff

OF COUNSEL:

Thomas T. Gallion, III
Felicia A. Long
HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
P. O. Box 4660
Montgomery, AL  36103-4660
(334) 265-8573

                                          s/   Robert E.  Parsons
                                          Robert E.  Parsons
                                          Attorney for Defendants

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600