IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-393-MEF |
| | ) |
| THE ROOFING COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This cause is before the Court on the Joint Motion to Continue Pretrial Hearing and to Extend Discovery Deadlines (Doc. # 30), filed March 11, 2008. Based on the submissions of the parties, it is hereby ORDERED that

(1) The Joint Motion to Continue Pretrial Hearing and to Extend Discovery Deadlines (Doc. # 30) is GRANTED IN PART AND DENIED IN PART.

(2) The deadline for the completion of discovery is extended to March 28, 2008.

(3) The motion is denied in all other respects.

DONE this 11th day of March, 2008.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE