IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE ROOFING COMPANY, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 3:07-cv-393-MEF |

# **O R D E R**

It is hereby ORDERED that the pretrial hearing set in this case for March 14, 2008 at 10:30 A.M. is rescheduled for March 14, 2008 at 9:00 A.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 12th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE