## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, )<br>    as subrogee of Teague Properties, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>THE ROOFING COMPANY, a )<br>Corporation; MICHAEL FULGHUM, )<br>An individual; Fictitious Defendants A-Z )<br>Whose name and identity are unknown, )<br>Include those individuals, corporations, )<br>and entities that were involved in the )<br>negligent and/or wanton construction )<br>of the roof which is the subject of the )<br>this litigation, )<br>)<br>**Defendants.** ) | CIVIL ACTION NO.: 3:07-cv-393 |

### PLAINTIFF'S AMENDED WITNESS LIST

COMES NOW Plaintiff QBE Insurance Corporation, as subrogee of Teague Properties, pursuant to this Honorable Court's Uniform Scheduling Order, and identifies the following witnesses the Plaintiff intends to call at the trial of the above-styled cause of action:

1. Phil Teague, insured/owner of Teague Properties;

2. Burt Hacker, adjuster for Hacker Claims Service;

3. Norman A. Johnson, roofing consultant with Norman A. Johnson & Associates, Inc.;

4. Fred Gouge, claims adjuster for QBE;

5. Bobby Pike, owner of MidSouth;

6. Jeffrey A. Tarbutton, P.E., Kimley-Horn and Associates, Inc.;

7. Mike Fulghum, president of The Roofing Company;

8. Stanley Brannon, employee of The Roofing Company;

9. Jason Roach, employee of The Roofing Company;

10. William Kellum, employee of The Roofing Company;

11. Ivan Fernandez, employee of The Roofing Company;

12. Lawson Thompson, adjuster with Frontier Adjusters;

13. Any witness identified by either of the Defendants or any party to this suit;

14. Any witness necessary for rebuttal;

15. Any witness necessary for impeachment;

16. Any custodian of records necessary to authenticate any exhibit utilized at trial;

17. Any custodian of records or documents of any party;

18. Any named individual listed in any document produced during discovery;

19. Any witness necessary for the admission of photographs and/or videos;

20. Any persons named, identified and/or mentioned in any deposition taken to date, and hereafter;

21. Any persons named, identified and/or mentioned in any documents, photographs and/or videos produced in response to any subpoena issued in this lawsuit;

22. Any persons identified, named and/or mentioned in any interrogatory answers by any party;

23. Any expert witness called by any party;

24. Any rebuttal expert witness needed to testify in response to a party's expert witness;

25. Any person(s) having knowledge of this litigation or of the damage alleged in this lawsuit;

26. Any unknown witness to the alleged incidents forming the basis of this litigation;

2

27. With respect to any witness who is unable to attend trial in person for any reason provided for in Rule 32 and/or Rule 45, Federal Rules of Civil Procedure, or who cannot otherwise be found and/or properly compelled to attend trial, the Plaintiff reserves the right to offer any testimony given by such witness by deposition in this action.

28. The witnesses set forth herein constitute the best information presently available to the Plaintiff. These responses are provided without prejudice to the Plaintiff's right to timely amend, supplement, or change said witness list, if and when additional, different, or more accurate information becomes available.

        Respectfully submitted,

        /s/ Felicia A. Long
        Felicia A. Long (ASB-5532-F61L)
        One of the Attorneys for the Plaintiff

OF COUNSEL:

Thomas T. Gallion, III
Jamie A. Johnston
HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama  36103-4660
(334) 265-8573    Telephone
(334) 264-7945    Facsimile
mp@hsy.com
jj@hsy.com
fal@hsy.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of March 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Robert E. Parsons
Parsons, Lee & Juliano, P.C.
300 Protective Center
2801 Highway 280 South
Post Office Box 530630 (35253-0630)
Birmingham, Alabama 35223-2480

                                                   /s/ Felicia A. Long
                                                 OF COUNSEL

#31376
63008-054