IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION,  )<br>    as subrogee of Teague Properties,  )<br>    )<br>**Plaintiff,**  )<br>    )<br>v.  )<br>    )<br>THE ROOFING COMPANY, a  )<br>Corporation; MICHAEL FULGHUM,  )<br>An individual; Fictitious Defendants A-Z )<br>Whose name and identity are unknown,  )<br>Include those individuals, corporations,  )<br>and entities that were involved in the  )<br>negligent and/or wanton construction  )<br>of the roof which is the subject of the  )<br>this litigation,  )<br>    )<br>**Defendants.**  ) | CIVIL ACTION NO.: 3:07-cv-393 |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW Plaintiff QBE Insurance Corporation, as subrogee of Teague Properties, pursuant to this Honorable Court's Uniform Scheduling Order, and submits the following list of exhibits this Plaintiff intends on using during the course of the trial of the above-styled cause of action. This Plaintiff makes available these documents to the other parties for inspection and copying. The Exhibits include:

1. QBE Insurance Corporation Policy issued to Teague Properties bearing policy number ANM22976;

2. Hacker Claims Service Reports on the Teague Properties loss;

3. Sworn Statement in Proof of Loss;

4. Loan Receipt;

5. Statement of Claim;

6. Photographs of the roof and warehouse in question made by Burt Hacker, Norman A. Johnson, Jeffrey Tarbutton, Lawson Thompson, and anyone else who took photographs of the loss that is the basis for this action;

7. Inventory Statement of those contents in the Lakeview Building that were damaged as a result of the collapse;

8. Lease Agreement between Industrial Service & Supply and Teague;

9. Invoice for trailer rental services dated 8/31/06;

10. Invoice for clean up dated 8/31/06;

11. Midsouth Industrial Construction, Inc.'s Estimate dated 8/15/06;

12. Property Loss Notice;

13. Copies of checks and other documentation of payments made by the Plaintiff as a result of the roof collapse;

14. Norman A. Johnson's expert report and curriculum vitae;

15. Jeffrey A. Tarbutton's expert report and curriculum vitae;

16. Reports of Frontier Adjusters, insurance adjuster engaged by Nautilus;

17. Exhibits offered into evidence during the deposition of Norman A. Johnson on February 18, 2008;

18. Exhibits offered into evidence during the deposition of Burt Hacker on February 18, 2008;

19. Exhibits offered into evidence during the deposition of Phil Teague on February 18, 2008;

20. Exhibits offered into evidence during the deposition of Jeffrey Tarbutton on February 18, 2008;

21. Exhibits offered into evidence during the deposition of Michael Fulghum on February 18, 2008;

22. Exhibits offered into evidence during the deposition of Lawson Thompson schedule to be taken on March 24, 2008;

23. Exhibits offered into evidence during the deposition of Daniel Sheehan schedule to be taken on March 24, 2008;

24. Any and all documents utilized by an expert to form the basis of his opinion;

25. Any and all pleadings;

26. Any and all depositions taken in this litigation, including exhibits attached thereto;

27. Any interrogatory responses served by parties to this litigation;

28. All documents responsive to Interrogatories or Request for Production of Documents from either party;

29. Any and all admissible documents identified by the Defendants;

30. Any and all documents which may become necessary for rebuttal and/or impeachment purposes during trial.

Plaintiff reserves the right to supplement this list.


Respectfully submitted,


/s/ Felicia A. Long
Felicia A. Long (ASB-5532-F61L)
One of the Attorneys for the Plaintiff

OF COUNSEL:

Thomas T. Gallion, III
Jamie A. Johnston
HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama  36103-4660
(334) 265-8573         Telephone
(334) 264-7945         Facsimile
mp@hsy.com
jj@hsy.com
fal@hsy.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Robert E. Parsons
Parsons, Lee & Juliano, P.C.
300 Protective Center
2801 Highway 280 South
Post Office Box 530630 (35253-0630)
Birmingham, Alabama 35223-2480

/s/ Felicia A. Long
OF COUNSEL

#32047
63008-054

4