IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, as subrogee of TEAGUE PROPERTIES, <br><br>　　　Plaintiffs, <br><br>vs. <br><br>THE ROOFING COMPANY, a corporation, MICHAEL FULGHUM, AN INDIVIDUAL, et al, <br><br>　　　Defendants. | CIVIL ACTION NO. 3:07-cv-393-MEF |

## WITNESS AND EXHIBIT LIST

Come now the defendants, separately and severally, and pursuant to the Uniform Scheduling Order heretofore filed August 8, 2007 lists witnesses and exhibits that may be offered during trial commencing April 28, 2008:

### WITNESSES

1. Mike Fulghum, President and principal stockholder of The Roofing Company, Inc.

2. Stanley Brannon, foreman and employee of The Roofing Company.

3. Jason Roach, workman and employee of The Roofing Company.

4. William Kellum, employee of The Roofing Company, Inc.

5. Ivan Fernandez, employee of the Roofing Company, Inc.

6. Lawson Thompson, Frontier Adjusters

7. Daniel Sheehan, P.E., SEA Engineering.

8. Phil Teague, Teague Properties

9. Burt Hacker, adjuster for Hacker Claims Service.

10. Norman A. Johnson, roofing consultant.

11. Deposition of Norman A. Johnston taken February 18, 2008 in Montgomery, Alabama.

12. Deposition of Burt Hacker taken February 18, 2008 in Montgomery, Alabama.

13. Deposition of Jeffrey Tarbutton taken February 18, 2008 in Montgomery, Alabama.

14. Deposition of Mike Fulghum taken February 18, 2008 in Montgomery, Alabama.

15. Deposition of Phil Teague taken February 18, 2008, in Montgomery, Alabama.

16. Deposition of Lawson Thompson scheduled to be taken March 24, 2008.

17. Deposition of Daniel Sheehan scheduled to be taken March 24, 2008.

18. Any person or witness identified by the plaintiff.

## **EXHIBITS**

1. Proposal submitted by Mike Fulghum, owner/operator of The Roofing Company, Inc. to Teague Properties.

2. Report of Hacker Claims Service.

3. Reports of Frontier Adjusters, insurance adjusters engaged by Nautilus Insurance Company.

4. Report of Daniel Sheehan, professional engineer.

5. Photographs (or blow ups) of the roof and warehouse in question made by Burt Hacker, Norman A. Johnson, Jeffrey Tarbutton, Lawson Thompson or anyone else.

6. Exhibits offered into evidence during the deposition of Norman A. Johnston taken February 18, 2008 in Montgomery, Alabama.

7. Exhibits offered into evidence during the deposition of Burt Hacker February 18, 2008 in Montgomery, Alabama.

8. Exhibits offered into evidence during the deposition of Jeffrey Tarbutton taken February 18, 2008 in Montgomery, Alabama.

9. Exhibits offered into evidence during the deposition of Michael Fulghum taken February 18, 2008 in Montgomery, Alabama.

10. Exhibits offered into evidence during the deposition of Phil Teague February 18, 2008 in Montgomery, Alabama.

11. Exhibits offered into evidence during the deposition of Lawson Thompson scheduled to be taken March 24, 2008.

12. Exhibits offered into evidence during the deposition of Daniel Sheehan scheduled to be taken March 24, 2008.

13. Any exhibit offered by the plaintiff.

14. Exemplar roofing rolls and other roofing material that was being applied.

15. The scupper or an exemplar scupper.

16. Drain pipe like or similar to the drain pipe from the roof made the basis of the litigation.

    s/   Robert E. Parsons
Robert E. Parsons  (ASB-0336-S71R)
Attorney for Defendants

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

CERTIFICATE OF SERVICE

      I hereby certify that I have on this __19th__ day of March, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same in the U.S. Mail properly addressed and first class postage prepaid to:

Mr. Thomas T. Gallion, III
Ms. Jamie A. Johnston
Ms. Felicia A. Long
Haskell Slaughter Young & Gallion, L.L.C.
Post Office Box 4660
Montgomery, AL  36103-4660

                                                s/ Robert E. Parsons
                                                OF COUNSEL