IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| QBE INSURANCE CORPORATION,	) | | |
|     as subrogee of Teague Properties, ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| v. ) | CIVIL ACTION NO.:  3:07-cv-393 | |
| ) | | |
| THE ROOFING COMPANY, a ) | | |
| Corporation; MICHAEL FULGHUM, ) | | |
| An individual; Fictitious Defendants A-Z ) | | |
| Whose name and identity are unknown, ) | | |
| Include those individuals, corporations, ) | | |
| and entities that were involved in the ) | | |
| negligent and/or wanton construction ) | | |
| of the roof which is the subject of the ) | | |
| this litigation, ) | | |
| ) | | |
| **Defendants.** ) | | |

**PLAINTIFF'S DESIGNATION OF DEPOSITIONS**

COMES NOW Plaintiff QBE Insurance Corporation, as subrogee of Teague Properties, pursuant to this Honorable Court's Uniform Scheduling Order, and hereby gives notice of those witnesses whose testimony is expected to be presented by means of a deposition at the trial of the above-styled cause of action. Plaintiff designates the following pertinent portions of **Phillip Wendell Teague's** deposition transcript from February 18, 2008 to be offered, in the event that Mr. Teague is unavailable to testify:

        Page 6, lines 10-13
        Page 6, lines 15-19
        Page 6, lines 23-25
        Page 7, lines 1-3
        Page 7, lines 6-20
        Page 8, lines 6-9
        Page 8, lines 17-25
        Page 9, lines 6-10
        Page 10, lines 3-12
        Page 13, lines 13-25
        Page 14, lines 1-3
        Page 16, lines 12-14
        Page 17, lines 2-10
        Page 24, line 25

    Page 25, lines 1-9
    Page 26, lines 6-21
    Page 32, lines 11-18
    Page 32, lines 23-25
    Page 33, lines 1-10
    Page 33, line 25
    Page 34, lines 1-17
    Page 34, line 22
    Page 36, lines 17-25
    Page 37, lines 1-10
    Page 38, lines 13-15
    Page 38, lines 21-25
    Page 39, lines 1-17
    Page 39, lines 23-25
    Page 40, lines 4-9
    Page 40, lines 15-25
    Page 41, lines 1-4
    Page 41, lines 10-21
    Exhibits No. 1-5

  Plaintiff reserves the right to supplement designations of depositions expected to be used at the trial of this matter as the need arises.

            Respectfully submitted,

            /s/ Felicia A. Long
            Felicia A. Long (ASB-5532-F61L)
            One of the Attorneys for the Plaintiff

OF COUNSEL:

Thomas T. Gallion, III
Jamie A. Johnston
HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama  36103-4660
(334) 265-8573  Telephone
(334) 264-7945  Facsimile
mp@hsy.com
jj@hsy.com
fal@hsy.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of March 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Robert E. Parsons
Parsons, Lee & Juliano, P.C.
300 Protective Center
2801 Highway 280 South
Post Office Box 530630 (35253-0630)
Birmingham, Alabama 35223-2480

                                                /s/ Felicia A. Long
                                                OF COUNSEL