IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, as subrogee of TEAGUE PROPERTIES, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   CIVIL ACTION NO. 3:07-cv-393-MEF ) |
| THE ROOFING COMPANY, a corporation, MICHAEL FULGHUM, an individual, et al, | ) ) ) ) |
| Defendants. | |

## DEFENDANTS' IDENTIFICATION OF THE RESPONSIVE PARTS OF THE DEPOSITION OF PHILLIP WENDELL TEAGUE

Come now the defendants and pursuant to SECTION 11 of the Uniform Scheduling Order identify the following responsive parts of the deposition of Phillip Wendell Teague:

Page 9, lines 11-15
Page 10, lines 13-25
Page 11, lines 1-8
Page 16, lines 12-16
Page 18, lines 8-16
Page 19, lines 15-25
Page 20, lines 1-4
Page 24, lines 20-24

 s/   Robert E.  Parsons
Robert E.  Parsons

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

CERTIFICATE OF SERVICE

     I hereby certify that I have on this __25th__ day of March, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Thomas T. Gallion, III
Ms. Jamie A. Johnston
Ms. Felicia A. Long
Haskell Slaughter Young & Gallion, L.L.C.
Post Office Box 4660
Montgomery, AL 36103-4660

                        /s Robert E. Parsons
                        OF COUNSEL