IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| QBE INSURANCE CORPORATION, as subrogee of TEAGUE PROPERTIES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO. 3:07-cv-393-MEF |
| THE ROOFING COMPANY, a corporation, MICHAEL FULGHUM, an individual, et al, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
DESIGNATION OF THE DEPOSITION OF
PHILLIP WENDELL TEAGUE**

Come now the defendants and pursuant to SECTION 11 of the Uniform

Scheduling Order object to the plaintiff's designation of the following parts of the

deposition of Phillip Wendell Teague:

Page 17, lines 2-10      The defendants object to Mr. Teague undertaking to give an opinion as to the cause of the collapse of the roof for the following reasons:

- Mr. Teague does not qualify as an expert witness by knowledge, skill, experience, training or education as required by Rule 702;

- Mr. Teague's opinion or testimony is not based upon sufficient facts or data, but is based upon speculation or guesswork;

- The opinion or testimony of Mr. Teague is not based upon facts that can be reasonably inferred from the evidence;

- The testimony or opinion of Mr. Teague is not based upon personal knowledge or

"relevant evidence" as defined in Rule 401 of the Rules of Evidence.

Page 26, lines 6-21

The defendants object to Mr. Teague undertaking to give an opinion as to the cause of the collapse of the roof for the following reasons:

- Mr. Teague does not qualify as an expert witness by knowledge, skill, experience, training or education as required by Rule 702;

- Mr. Teague's opinion or testimony is not based upon sufficient facts or data, but is based upon speculation or guesswork;

- The opinion or testimony of Mr. Teague is not based upon facts that can be reasonably inferred from the evidence;

- The testimony or opinion of Mr. Teague is not based upon personal knowledge or "relevant evidence" as defined in Rule 401 of the Rules of Evidence.


 s/   Robert E.  Parsons                         
Robert E.  Parsons
Attorney for Defendants


OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that I have on this   25th   day of  March , 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Thomas T. Gallion, III
Ms. Jamie A. Johnston
Ms. Felicia A. Long
Haskell Slaughter Young & Gallion, L.L.C.
Post Office Box 4660
Montgomery, AL  36103-4660


           /s  Robert E.  Parsons           
           OF COUNSEL