IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION,  )<br>    as subrogee of Teague Properties,  )<br>                                     )<br>    **Plaintiff,**  )<br>                                     )<br>v.   )<br>                                     )<br>THE ROOFING COMPANY, a  )<br>Corporation; MICHAEL FULGHUM,  )<br>An individual; Fictitious Defendants A-Z  )<br>Whose name and identity are unknown,  )<br>Include those individuals, corporations,  )<br>and entities that were involved in the  )<br>negligent and/or wanton construction  )<br>of the roof which is the subject of the  )<br>this litigation,  )<br>                                   )<br>    **Defendants.**  ) | CIVIL ACTION NO.: 3:07-cv-393 |

**PLAINTIFF'S REBUTTAL TO DEFENDANTS' IDENTIFICATION OF THE RESPONSIVE PARTS OF THE DEPOSITION OF PHILLIP TEAGUE**

COMES NOW Plaintiff QBE Insurance Corporation, as subrogee of Teague Properties, pursuant to this Honorable Court's Uniform Scheduling Order, and hereby identifies the following rebuttal parts of **Phillip Wendell Teague's** deposition transcript from February 18, 2008 to be offered, in the event that Mr. Teague is unavailable to testify:

        Page 16, line 17
        Page 20, lines 5-8

                                                    Respectfully submitted,

                                                    /s/ Felicia A. Long
                                                    Felicia A. Long (ASB-5532-F61L)
                                                    One of the Attorneys for the Plaintiff

OF COUNSEL:

Thomas T. Gallion, III
Jamie A. Johnston
HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama  36103-4660
(334) 265-8573		Telephone
(334) 264-7945		Facsimile
mp@hsy.com
jj@hsy.com
fal@hsy.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Robert E. Parsons
Parsons, Lee & Juliano, P.C.
300 Protective Center
2801 Highway 280 South
Post Office Box 530630 (35253-0630)
Birmingham, Alabama 35223-2480

/s/ Felicia A. Long
OF COUNSEL

#32294
63008-054