Defendants' Written Request for Jury Instruction pursuant to Rule 51     No. ___1___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

I instruct you ladies and gentlemen of the jury that your verdict cannot be based upon speculation, conjecture or guesswork. Your verdict must be based upon relevant evidence which means evidence having any tendency to make the existence of a fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51    No. ___2___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

I instruct you ladies and gentlemen of the jury that your verdict must not be based upon speculation or guesswork. Your verdict must be based upon relevant evidence as I have defined relevant evidence to you.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51     No. ___3___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

      I instruct you ladies and gentlemen of the jury that the plaintiff has the burden of proving by the preponderance of the evidence that the defendants were guilty of negligence and that such negligence was the proximate cause of the plaintiff's loss and damages. I further instruct you that the plaintiff has the burden of proving by the preponderance of the evidence that the defendants were guilty of breach of contract, and that such breach was the proximate cause of the plaintiff's loss and damages.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51    No. ___4___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

      I instruct you ladies and gentlemen of the jury that the plaintiff has the burden to prove every essential element of its claims by a preponderance of the evidence. To prove by a preponderance of the evidence means to prove that something is more likely so than not so. In other words, a preponderance of the evidence means such evidence as, when considered and compared with the evidence opposed to it, has more convincing force, and produces in your minds belief that what is sought to be proved is more likely true than not true. In determining whether or not any fact in issue has been proved by a preponderance of the evidence you may consider the testimony of all witnesses, regardless of who may have called them, and all exhibits received in evidence, regardless of who may have produced them.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51     No. ___5___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

I instruct you ladies and gentlemen of the jury that the burden is on the plaintiff to prove by the preponderance of the evidence that the defendants were negligent and that the negligence of the defendants proximately caused the damage sustained by the plaintiff.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51     No. ___6___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

      I instruct you ladies and gentlemen of the jury that the plaintiff claims that the defendants were guilty of ordinary negligence and that such negligence caused the loss suffered by the plaintiff. I instruct you that ordinary negligence means the absence of or the failure to use that degree of care that is used by ordinarily careful persons under the same or similar circumstances.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51     No. ___7___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

I instruct you ladies and gentlemen of the jury that "negligence" is the failure to use reasonable care. Reasonable care is that degree of care that a reasonably careful person would use under like or similar circumstances. Negligence may consist in doing something that a reasonably careful person would not do under like or similar circumstances, or the failure to do something that a reasonably careful person would do under like or similar circumstances.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51    No. ___8___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

The plaintiff alleges that the defendants are liable in damages for negligence in the reroofing in the roof of the warehouse insured by the plaintiff. I charge you that an action for negligent construction work arises when one fails to perform the work in accordance with industry standards. From the evidence, you must determine what were the industry standards for the reroofing work being done by the defendants and then you must decide whether or not the work of the defendants was being done in a manner that was in conformity with those standards. If you find that the defendants failed to meet the industry standards and that such failure resulted in the damages to the plaintiff, you would be authorized to return a verdict for the plaintiff and against the defendants. However, if you find that the defendants met the industry standards, your verdict must be for the defendants.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51     No. ___9___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

As a general rule, there is implied in every contract for work or services a duty to perform such work or services skillfully and carefully. The law requires persons undertaking to perform work and services requiring skill the duty to use that reasonable degree of care, skill and ability that would be used under similar conditions and circumstances by others in the same business or profession.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51    No. __10__
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

I instruct you ladies and gentlemen of the jury that in the proposal or contract for the reroofing of the plaintiff's insured warehouse, there is implied a duty on the part of the defendants to perform the reroofing work skillfully and carefully. The law requires persons undertaking to perform work and services requiring skill the duty to use that reasonable degree of care, skill and ability that would be used under similar conditions and circumstances by others in the same business or profession.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51   No. ___11___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

      I instruct you ladies and gentlemen of the jury that the defendants in performing the reroofing work were under a duty to use that reasonable degree of care, skill and ability that would be used under similar conditions and circumstances by others in the same business or profession.

GIVEN:_____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51   No. ___12___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

I instruct you ladies and gentlemen of the jury that the defendants are not liable for negligence or for breach of contract if an act of God was the sole proximate cause of the plaintiff's loss. I further instruct you that an act of God is an accident produced by physical causes that are irresistible or inevitable, such as lightning, storms or earthquakes, without any human agency. Whether or not the loss of the plaintiff was an act of God is a question for you to decide from the evidence.

GIVEN: _____

REFUSED:_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51    No. ___13___
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

I instruct you ladies and gentlemen of the jury that you may consider whether or not the collapse of the roof and the damage suffered by the plaintiff was caused solely by an act of God. An act of God means an accident produced by physical causes that are irresistible or inevitable, such as lightning, storms and earthquakes. If you are satisfied from the evidence that an act of God was the sole proximate cause of the collapse of the roof and the damage suffered by the plaintiff, then I instruct you that your verdict must be for the defendants.

GIVEN: _____

REFUSED;_____

Defendants' Written Request for Jury Instruction pursuant to Rule 51    No. __14__
QBE Insurance Corporation v. The Roofing Company, Inc., et al
Civil Action No. 3:07-cv-393-MEF

I instruct you ladies and gentlemen of the jury that if you are satisfied that an act of God is the sole proximate cause of the collapse of the roof, then I instruct you that your verdict must be for the defendants.

GIVEN:_____

REFUSED:_____