IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, as subrogee of TEAGUE PROPERTIES, <br><br>    Plaintiffs, <br><br>vs. <br><br>THE ROOFING COMPANY, a corporation, MICHAEL FULGHUM, an individual, et al, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 3:07-cv-393-MEF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DEFENDANTS' VOIR DIRE QUESTIONS**

1. Have you or a close family member ever had a bad experience with a roofing or re-roofing job? If so, please explain.

2. Have you had your home, place of business or other structure roofed or re-roofed? If so, please give the details.

3. Have you or a close family member ever filed suit against any person, firm or corporation claiming money damages because of damage to your home or other property?

4. Have you ever had occasion to do business with Phillip Wendell Teague whose business address is 2738 County Club Road, Lanett, Alabama?

5. Have you ever had occasion to do business with Teague, Incorporated, a scrap company or Teague Properties or Teague Treasurers which sells wrought iron outdoor furniture?

6. Are you familiar with Lakeshore Building which was a warehouse distribution center for many years doing business as West Point Wholesale Grocery?

7. Have you ever been insured by the plaintiff insurance company, QBE Insurance Corporation?

8. Have you ever had occasion to do business with the plaintiff, QBE Insurance Corporation?

9. Before you heard the names of the parties in this lawsuit, had you heard of QBE Insurance Corporation?

10. Have you heard of Norman A. Johnson, roofing consultant, with Norman A. Johnson & Associates, Inc., 1506 Sanden Ferry Drive, Decatur, Georgia?

11. Have you heard of Jeffrey Tarbutton, a professional engineer with Kimley-Horn and Associates, Inc., 3169 Holcomb Bridge Road, Suite 600, Norcross, Georgia?

 s/   Robert E. Parsons
Robert E. Parsons (ASB-0336-S71R)

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600