**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **QBE INSURANCE CORPORATION,** | ) | |
|     **as subrogee of Teague Properties,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 3:07-cv-393** |
| | ) | |
| **THE ROOFING COMPANY, a** | ) | |
| **Corporation; MICHAEL FULGHUM,** | ) | |
| **An individual; Fictitious Defendants A-Z** | ) | |
| **Whose name and identity are unknown,** | ) | |
| **Include those individuals, corporations,** | ) | |
| **and entities that were involved in the** | ) | |
| **negligent and/or wanton construction** | ) | |
| **of the roof which is the subject of the** | ) | |
| **this litigation,** | ) | |
| | ) | |
|     Defendants. | | |

**PLAINTIFF'S PROPOSED VOIR DIRE**

COMES NOW Plaintiff QBE Insurance Corporation, as subrogee of Teague Properties, (hereinafter "Plaintiff") pursuant to this Honorable Court's Uniform Scheduling Order, in the above-styled matter and requests that the following questions be posed to the jury panel:

    1.    Are any of you familiar with or have you heard of The Roofing Company, a defendant in this case? If so, state your familiarity with this company.

    2.    Has anyone ever had any dealings with National Single Ply, which was the name The Roofing Company previously operated under?

    3.    Do any of you know Michael Fulghum, another Defendant in this case? If so, please state:

        a.    How you know him;

   b.  How long you have known him.

4.  Does anyone know the Defendants' attorney, Bob Parsons?

5.  Has any one had any dealings with or know anyone who is employed with, or has been employed by Bob Parsons or Parsons, Lee & Juilano, PC? If yes, please state:

   a.  The person(s) name;

   b.  Relationship to you; and

   c.  Date employed.

6.  Do any of you know Judge Fuller? If so, how do you know the Judge?

7.  Do any of you know or had any dealing with the following people, who may be called as witnesses in this case or who are related to the parties:

   a.  Mike Fulghum
   b.  Stanley Brannon
   c.  Jason Roach
   d.  William Kellum
   e.  Ivan Fernandez
   f.  Lawson Thompson
   g.  Geneva Turnham
   h.  Ronda Beach
   i.  Judy Watson
   j.  Jeff Fulghum
   k.  Gina Fulghum

8.  Do any of you know or have you heard of Daniel Sheehan, an engineer with SEA, in Lawrenceville, Georgia?

9.  Have you or any immediate family member of yours ever worked in construction? If yes, please state:

   a.  The person's name and relationship to you;

   b.  The construction job(s) worked and for how long.

10. Have you or any immediate family member of yours ever worked in the roofing business? If yes, please state:

    a. The person's name and relationship to you;

    b. The roofing job(s) worked and for how long.

11. Have you or a close family member ever worked for an insurance company? If so, please state:

    a. The person's name and relationship to you;

    b. Who they work for;

    c. Their position with the company.

12. Have any of you ever been a business owner or are you now?

13. Have any of you or your immediate family members ever worked as a building inspector of any kind? If yes, please state:

    a. The person's name and relationship to you;

    b. The type of inspections they performed.

14. Have any of you or your immediate family members ever worked at Bonco Roofing Company, a textile company, owned by West Point Pepperell, Inc.? If yes, please state:

    a. The person's name and relationship to you;

    b. Their position with the company.

15. Have any of you ever had problems with your home or business as a result of poor workmanship by a contractor or subcontractor? If yes, briefly explain.

16. Have any of you, or any member of your family ever studied law or had any legal training, or worked for a lawyer or law firm?

17. Do you or any member of your immediate family have strong feelings concerning the civil justice system or the people who file or defend lawsuits?

18. Do any of you know of any reason why you could not render a fair and impartial verdict in this case after hearing and considering all of the evidence presented and by hearing the oral instructions by the Court?

19. Do any of you know of any reason whatsoever which would in any manner keep you from fairly and impartially sitting as a juror if you are selected in this case?

20. Do any of you know any other members of the jury venire? If so,

   a. How do you know them?

   b. How long have you known them?

   c. What is the nature of your relationship with them?

21. Do any of you have any medical or personal problems that would make it difficult for you to be comfortable and to concentrate on the facts to be presented in this case?

22. Is there anything in your heart that you have not told us about that is important or may influence jury selection in this case?

Respectfully submitted,

/s/ Felicia A. Long
Felicia A. Long (ASB-5532-F61L)
One of the Attorneys for the Plaintiff

OF COUNSEL:

Thomas T. Gallion, III
Jamie A. Johnston
HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama  36103-4660
(334) 265-8573       Telephone
(334) 264-7945       Facsimile
mp@hsy.com
jj@hsy.com
fal@hsy.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Robert E. Parsons
Parsons, Lee & Juliano, P.C.
300 Protective Center
2801 Highway 280 South
Post Office Box 530630 (35253-0630)
Birmingham, Alabama 35223-2480

                                               /s/ Felicia A. Long
                                               OF COUNSEL