IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-393-MEF |
| ) | |
| THE ROOFING COMPANY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the trial set for April 28, 2008 is CONTINUED GENERALLY.

2. That the parties file a joint stipulation of dismissal on or before **April 30, 2008.**

3. That all pending motions are DENIED as MOOT.

DONE this 22nd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE