IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, as subrogee of TEAGUE PROPERTIES, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 3:07-cv-393-MEF ) |
| THE ROOFING COMPANY, a corporation, MICHAEL FULGHUM, an individual, et al, | ) ) ) ) |
| Defendants. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL

Come now the plaintiff and the defendants, by and through their respective counsel of record, and file this Joint Stipulation of Dismissal and move the Court to enter an order dismissing this action with prejudice, costs taxed as paid.

This the 28th day of April, 2008.

 s/   Robert E.  Parsons
Robert E.  Parsons

s/Jamie A. Johnson
Jamie A. Johnston