IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, as subrogee of TEAGUE PROPERTIES,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE ROOFING COMPANY, a corporation, MICHAEL FULGHUM, an individual, et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 3:07-cv-393-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL**

Come now the plaintiff and the defendants, by and through their respective counsel of record, and file this Joint Stipulation of Dismissal and move the Court to enter an order dismissing this action with prejudice, costs taxed as paid.

The undersigned, Robert E. Parsons, certifies that Jamie A. Johnson, attorney for the plaintiff, has authorized him to electronically file this Joint Stipulation of Dismissal with her name signed hereon.

This the 30th day of April, 2008.

                                                 s/ Robert E. Parsons
                                                 Robert E. Parsons

                                               s/Jamie A. Johnson
                                               Jamie A. Johnston